Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17135−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Celestine
1826 Longview Court
Teaneck, NJ 07666

Theresa Celestine
1826 Longview Court
Teaneck, NJ 07666

Social Security No.:
xxx−xx−2681

xxx−xx−7560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/17/22 at 10:00 AM

to consider and act upon the following:

36 − Motion for Relief from Stay re: 2018 Honda Accord Sedan bearing VIN # 1HGCV2F37JA035482. Fee Amount $ 188. Filed by Andrew M. Lubin on behalf of The Huntington National Bank. Hearing scheduled for 2/10/2022 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of Counsel # 2 Exhibit Client Certification # 3 Exhibit A # 4 Exhibit B # 5 Proposed Order # 6 Certificate of Service) (Lubin, Andrew)

Dated: 1/18/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court