Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−17135−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Celestine
1826 Longview Court
Teaneck, NJ 07666

Theresa Celestine
1826 Longview Court
Teaneck, NJ 07666

Social Security No.:
xxx−xx−2681

xxx−xx−7560

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/10/21 and a confirmation hearing on such Plan has been scheduled for 5/5/22.

The debtor filed a Modified Plan on 5/31/22 and a confirmation hearing on the Modified Plan is scheduled for 7/7/22 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 6, 2022
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eric Celestine  
Theresa Celestine  
    Debtors

Case No. 21-17135-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: 186 | Total Noticed: 61 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Celestine, Theresa Celestine, 1826 Longview Court, Teaneck, NJ 07666-3711 |
| 519303596 | + | American Express, 500 N Franklin Tpke, PO Box 278, Ramsey, NJ 07446-0278 |
| 519303598 | + | Bergen Neurology Consultants, 25 Rockwood Place, Englewood, NJ 07631-4959 |
| 519303606 | | CITI/CBNA, CITICORP CREDIT SERVICES; ATTN: CENTRALI, P.O. BOX 790034, KANSAS CITY, MO 64195 |
| 519303599 | + | Cach, LLC, ATTN: Credit Control, LLC, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 519303603 | + | Central Credit Services LLC, PO Box 358, Ramsey, NJ 07446-0358 |
| 519303617 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus, & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 519303618 | + | GE Capital, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519303620 | + | Irving Paltrowitz,MD, 1086 Teaneck Road Suite 4C, Teaneck, NJ 07666-4855 |
| 519303621 | + | Orange Pathology Associates, ATTN: The Law Offices of M.L. Zager P.C., 461 Broadway, P.O. Box 948, Monticello, NY 12701-0948 |
| 519303626 | + | RICKART COLLECTION SYSTEMS,INC, 575 MILLTOWN ROAD, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 519303624 | + | Raymond Meisenbacher & Sons Esq, 739 East Main Street, Bridgewater, NJ 08807-3339 |
| 519303627 | | Ridgefield Medical Assoc., 866 Teaneck Road, Teaneck, NJ 07666 |
| 519303645 | + | T-Mobile, USA, ATTN. Convergent Outsourcing, Inc., 800 SW 39th St./PO Box 9004, Renton, WA 98057-9004 |
| 519303646 | + | The Law Firm of Ryan E. Calef & Assoc., 1276 Veterans Highway, Suite E-1, Bristol, PA 19007-2597 |
| 519303649 | + | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 519303650 | | WELLS FARGO HOME MORTGAGE, ATTN: WRITTEN CORRESPONDENCE/BANKRUPTCY, MAC#2302-04E POB 10335, DES MOINES, IA 50306 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2022 20:49:40 | Capital One Auto Finance, Attn AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519303597 | + | Email/PDF: bncnotices@becket-lee.com | Jun 06 2022 20:49:49 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519333064 | | Email/PDF: bncnotices@becket-lee.com | Jun 06 2022 20:49:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519357843 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2022 20:49:34 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519303600 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 06 2022 20:49:49 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519303601 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-17135-VFP    Doc 47    Filed 06/08/22    Entered 06/09/22 00:13:32    Desc Imaged
                           Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 06, 2022 | Form ID: 186 | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jun 06 2022 20:49:42 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST. LOUIS, MO 63179-0034 |
| 519303607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:35 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519303608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:42 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519303609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:35 | CITIBANK/SEARS, CITICORP SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST. LOUIS, MO 63179-0034 |
| 519303610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:35 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519303611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519303612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519303613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | COMENITYCAPITAL/C21, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519315669 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2022 20:42:00 | CSMC 2021-RPL1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519311908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2022 20:49:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519315330 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2022 20:49:29 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519303604 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 06 2022 20:42:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519348877 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519303614 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 06 2022 20:49:34 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 519303615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:35 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519309852 | + | Email/Text: mrdiscen@discover.com | Jun 06 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519303616 | + | Email/Text: mrdiscen@discover.com | Jun 06 2022 20:41:00 | Discover Card, P.O Box 6103, Carol Stream, IL 60197-6103 |
| 519303619 | + | Email/Text: bankruptcy@huntington.com | Jun 06 2022 20:42:00 | HUNTINGTON NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 340996, COLUMBUS, OH 43234-0996 |
| 519303605 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2022 20:49:38 | CHASE CARD SERVICES, ATTN: CORRESPONDENCE/BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519303623 | | Email/Text: signed.order@pfwattorneys.com | Jun 06 2022 20:41:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519344263 | | Email/Text: bkdepartment@rtresolutions.com | Jun 06 2022 20:42:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519303625 | + | Email/Text: bkdepartment@rtresolutions.com | Jun 06 2022 20:42:00 | Real Time Solutions, 1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029 |
| 519303628 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 06 2022 20:41:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519303629 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2022 20:42:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519303630 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:39 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303631 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:39 | SYNCB/HOME DESIGN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303632 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:28 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303634 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:31 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303636 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:28 | SYNCHRONY BANK/HOWARDS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303637 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:48 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519303640 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:40 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303641 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:47 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303643 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:46 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303644 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:39 | SYNCHRONY BANK/SHOPNBC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519306881 | + | Email/Text: bankruptcy@huntington.com | Jun 06 2022 20:42:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 519303647 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 06 2022 20:42:00 | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLSBORO, OR 97123-0003 |
| 519351963 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2022 20:49:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519303622 | | Drs. Paltrowitz, Goldfarb, Schmidt,, Micale, Attn: Pressler and Pressler |
| 519303602 | *+ | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST. LOUIS, MO 63179-0034 |
| 519303633 | *+ | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303635 | *+ | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303638 | *+ | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519303639 | *+ | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |

| | | |
|---|---|---|
| 519303642 | *+ | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303648 | *+ | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLSBORO, OR 97123-0003 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor CSMC 2021-RPL1 nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Russell L. Low | on behalf of Debtor Eric Celestine ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Theresa Celestine ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9