UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR CREDITOR)

**Order Filed on June 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Eric Celestine
Theresa Celestine

    Debtors

Case Number: 21-17135-VFP

Chapter 13

Judge: Vincent F. Papalia

Hearing Date: May 5, 2022 at 10:00 a.m.

## AGREED ORDER RESOLVING CREDITOR'S OBJECTION TO MOTION FOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: June 6, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(page 2)
Debtor: Eric Celestine and Theresa Celestine
Case Number: 21-17135-VFP
CAPTION OF ORDER: AGREED ORDER RESOLVING CREDITOR'S OBJECTION TO MOTIONFOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM

---

Upon the Motion for Approval to Participate in the Court's Loss Mitigation Program with regard to real property located at 1826 Longview Court, Teaneck, NJ 07666 filed by Debtors Eric Celestine and Theresa Celestine (hereinafter referred to as the "Property"), and the Certification in Opposition filed by Secured Creditor Real Time Resolutions, Inc. it is hereby **ORDERED** that:

**WHEREAS**, Debtors Eric Celestine and Theresa Celestine (hereinafter referred to as the "Debtors") filed a voluntary petition under Chapter 13 of Title 11 (hereinafter referred to as the "Code"), on September 10, 2021. (hereinafter referred to as the "Petition Date") (Docket Entry No. 1);

**WHEREAS**, Debtors filed their Motion for Approval to Participate in the Court's Loss Mitigation Program (hereinafter referred to as the "Motion") on December 23, 2021 (Docket Entry No. 29);

**WHEREAS**, Secured Creditor Real Time Resolutions, Inc. (hereinafter referred to as the "Secured Creditor") filed a Certification in Opposition (hereinafter referred to as the "Opposition") to the Motion on January 5, 2022, citing that Secured Creditor did not have any loan modification options available to the Debtors with regard to the Property (Docket Entry No. 32);

**WHEREAS**, Debtors and the Secured Creditor were able to work out a Repayment Agreement (hereinafter referred to as the "Agreement") that would treat the claim of Secured Creditor outside the Plan and extending the terms of repayment by an additional one hundred eighty (180) months;

**WHEREAS**, Debtors and the Secured Creditor have resolved their differences raised in the Motion and Opposition by entering into such Agreement, and therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Debtors shall file a Motion to Authorize the Agreement within thirty (30) days upon entry of this Agreed Order and shall be bound by the terms therein contained until said Motion is filed;

2.  Upon entry of any Order authorizing the Agreement, Debtors shall file a Modified Plan, and related schedules, evidencing the terms and conditions of the Agreement within fourteen (14) days;

3.  Upon entry of an Order Confirming a Modified Plan under paragraph (2) above, Secured Creditor shall cause to be filed an Amended Claim evidencing the Agreement within thirty (30) days;

4.  Debtors and the Secured Creditor hereby authorize the Chapter 13 Standing Trustee to make no distributions, if applicable, to the Secured Creditor under the Proof of Claim until such time as the Amended Claim is filed or by further Order of Court;

(page 3)
Debtor:  Eric Celestine and Theresa Celestine
Case Number: 21-17135-VFP
CAPTION OF ORDER:  AGREED ORDER RESOLVING CREDITOR'S OBJECTION TO MOTION FOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM
_____

5.    Debtors and the Secured Creditor further agree and acknowledge that Debtors and Secured Creditor shall act in good faith to ensure the Agreement is executed timely in accordance with this Agreed Order.  In the event that either Party unduly delays the execution of the Agreement, the non-offending Party shall be permitted to file a Certification of Default, with notice to the Offending Party and the Chapter 13 Standing Trustee, seeking enforcement of this Agreement Order and any further relief that this Honorable Court may deem just and proper.

6.    Based upon the promises set forth in this Agreed Order, the Parties hereby agree and acknowledge that the Motion of the Debtors and Opposition filed by Secured Creditor is hereby **RESOLVED**; and

7.    The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy remedies available to them.

United States Bankruptcy Court

District of New Jersey

In re:  
Eric Celestine  
Theresa Celestine  
    Debtors

Case No. 21-17135-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric Celestine, Theresa Celestine, 1826 Longview Court, Teaneck, NJ 07666-3711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor CSMC 2021-RPL1 nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Russell L. Low | on behalf of Debtor Eric Celestine ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 07, 2022 | Form ID: pdf903 | Total Noticed: 1

Russell L. Low
    on behalf of Joint Debtor Theresa Celestine ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9