RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on October 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eric Celestine & Theresa Celestine | : | CASE NO. 21-17135 |
| Debtors | : | The Honorable Vincent F. Papalia |

---

### ORDER APPROVING MORTGAGE REPAYMENT AGREEMENT
---

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 21, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

THIS MATTER having come before the Court upon the Debtors Notice of Motion for an Order approving a Motion to Approve Mortgage Repayment Agreement and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Motion to Approve Mortgage Repayment Agreement, dated June 24, 2022, as between the Secured Creditor and the Debtors, attached as an Exhibit to the motion, is approved.

2. $65,234.94 is the total repayment amount. The debtors will make monthly payments in the amount of $448.74 for 240 months. $28,943.92 will be capitalized into the Chapter 13 plan and will be cured through payments made to the Chapter 13 Standing Trustee.

3. The Secured Creditor, Real Time Resolutions, Inc. must file an amended proof of claim that reflects application of the repayment agreement within 30 days of the entry of this Order.

4. The debtors must file a Modified Chapter 13 Plan within 15 days of the entry of this Order.