RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on October 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eric Celestine & Theresa Celestine | : | CASE NO. 21-17135 |
| Debtors | : | The Honorable Vincent F. Papalia |

_____

## ORDER APPROVING MORTGAGE REPAYMENT AGREEMENT
_____

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: October 21, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the Debtors Notice of Motion for an Order approving a Motion to Approve Mortgage Repayment Agreement and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Motion to Approve Mortgage Repayment Agreement, dated June 24, 2022, as between the Secured Creditor and the Debtors, attached as an Exhibit to the motion, is approved.

2. $65,234.94 is the total repayment amount. The debtors will make monthly payments in the amount of $448.74 for 240 months. $28,943.92 will be capitalized into the Chapter 13 plan and will be cured through payments made to the Chapter 13 Standing Trustee.

3. The Secured Creditor, Real Time Resolutions, Inc. must file an amended proof of claim that reflects application of the repayment agreement within 30 days of the entry of this Order.

4. The debtors must file a Modified Chapter 13 Plan within 15 days of the entry of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 21-17135-VFP
Eric Celestine                                                                               Chapter 13
Theresa Celestine
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Oct 21, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

**Recip ID        Recipient Name and Address**
db/jdb         +  Eric Celestine, Theresa Celestine, 1826 Longview Court, Teaneck, NJ 07666-3711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

**Name                        Email Address**

Andrew M. Lubin
                             on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Andrew M. Lubin
                             on behalf of Creditor CSMC 2021-RPL1 nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Denise E. Carlon
                             on behalf of Creditor CSMC 2021-RPL1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                             magecf@magtrustee.com

Marisa Myers Cohen
                             on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Michael J. Milstead

on behalf of Creditor CSMC 2021-RPL1 Trust bkecf@milsteadlaw.com  bkecf@milsteadlaw.com

Russell L. Low

on behalf of Debtor Eric Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low

on behalf of Joint Debtor Theresa Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Steven P. Kelly

on behalf of Creditor Real Time Resolutions  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10