| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | |
| In Re:<br><br>ERIC CELESTINE<br>THERESA CELESTINE<br><br>Debtor(s) | |

Order Filed on March 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-17135

Chapter 13

Judge: The Honorable Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 1, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

   X    through the Chapter 13 plan as an administrative priority.

  ___   outside the plan.

The debtor's monthly plan is modified to require a payment of $783.44 per month for 43 months starting March 1, 2023 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17135-VFP |
| Eric Celestine | Chapter 13 |
| Theresa Celestine | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric Celestine, Theresa Celestine, 1826 Longview Court, Teaneck, NJ 07666-3711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor CSMC 2021-RPL1 nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Michael J. Milstead | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor CSMC 2021-RPL1 Trust bkecf@milsteadlaw.com  bkecf@milsteadlaw.com

Russell L. Low

on behalf of Debtor Eric Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low

on behalf of Joint Debtor Theresa Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Steven P. Kelly

on behalf of Creditor Real Time Resolutions  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10