Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17135−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Celestine
1826 Longview Court
Teaneck, NJ 07666

Theresa Celestine
1826 Longview Court
Teaneck, NJ 07666

Social Security No.:
xxx−xx−2681

xxx−xx−7560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/19/23 at 10:00 AM

to consider and act upon the following:

**76** − Creditor's Certification of Default (related document:64 Order (Generic)) filed by Steven P. Kelly on behalf of Real Time Resolutions, Inc.. Objection deadline is 09/13/2023. (Attachments: # 1 Exhibit # 2 Certification of Creditor Regarding Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

**77** − Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:64 Order (Generic)) filed by Steven P. Kelly on behalf of Real Time Resolutions, Inc.. Objection deadline is 09/13/2023. (Attachments: # 1 Exhibit # 2 Certification of Creditor Regarding Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Real Time Resolutions, Inc.) filed by Russell L. Low on behalf of Eric Celestine, Theresa Celestine. (Low, Russell)

Dated: 9/14/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court