Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17135−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Celestine
1826 Longview Court
Teaneck, NJ 07666

Theresa Celestine
1826 Longview Court
Teaneck, NJ 07666

Social Security No.:
xxx−xx−2681

xxx−xx−7560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/19/23 at 02:00 PM

to consider and act upon the following:

**79** − Application for Compensation for Russell L. Low, attorney, period: to, fee: $400.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 9/22/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Low, Russell)

**81** − Objection to Application for Compensation (related document:79 Application for Compensation for Russell L. Low, attorney, period: to, fee: $400.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 9/22/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Eric Celestine, Joint Debtor Theresa Celestine) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/19/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court