# LOW & LOW ATTORNEYS AT LAW, LLC

505 MAIN STREET, HACKENSACK, NEW JERSEY 07601    201-343-4040    FAX 201-488-5788

STANLEY W. LOW                                                                                                    RUSSELL L. LOW

September 23, 2023

The Honorable Vincent F. Papalia
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

                          Re:    *Eric Celestine*
                                     *Theresa Celestine*
                                      Chapter 13 Bankruptcy
                                      Case No. 21-17135

Dear Judge Papalia:

      Please withdraw Docket No. 79.

      Thank you.

Very truly yours,

*(signature)*

Russell L. Low, Esq.
RLL:mho