UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745

| In Re: | Case No.: | _____21-17135_____ |
|---|---|---|
| Eric Celestine & Theresa Celestine | Judge: | _____VFP_____ |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐  Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☒  Certification of Default filed by _____Chapter 13 Trustee_____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
The debtors propose to issue a one time payment of the full amount to cure
through September which should arrive to the Chapter 13 trustee prior to the
hearing date.

3.   This certification is being made in an effort to resolve the issues raised in the certification

   of default or motion.

4.   I certify under penalty of perjury that the above is true.

Date:   October 8, 2023        /s/ Eric Celestine
                               Debtor's Signature

Date:   October 8, 2023        /s/ Theresa Celestine
                               Debtor's Signature

**NOTES:**

1.   Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
     13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
     opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
     Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
     Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
     Default.

*rev.8/1/15*