# LOW & LOW ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                                        Tel: (201) 343-4040
Hackensack, New Jersey 07601                                              Fax: (201)-488-5788

**STANLEY W. LOW**                                                                 **RUSSELL L. LOW**
                                                                                                  russell@lowbankruptcy.com

November 1, 2023


Honorable Vincent F. Papalia
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3B


**Re: 21-17135-VFP, Eric Celestine and Theresa Celestine**

Dear Honorable Papalia,

    This letter shall serve as a request for Withdrawal of Doc. 77 and Doc. 87.

    Should you require additional information, please do not hesitate to contact the undersigned.


Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**