STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on November 3, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK DIVISION)

| In Re: | Case No.: 21-17135-VFP |
|---|---|
| Eric Celestine<br>Theresa Celestine<br><br>Debtor(s) | Chapter: 13<br><br>Judge: Vincent F. Papalia |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER VACATING STAY AND CANCELLING REPAYMENT AGREEMENT

The relief set forth on the following page is hereby **_ORDERED._**

**DATED: November 3, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(page 2)
Debtor: Eric Celestine
        Theresa Celestine

Case Number: 21-17135-VFP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Certification of Real Time Resolutions, Inc., by and through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑      Real Property more fully described as:

1826 Longview Court, Teaneck, NJ 07666 -- the "Property".

☐      Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further Ordered that the Repayment Agreement between Debtor and Real Time Resolutions, Inc., approved on October 21, 2022, is hereby **CANCELLED** and the terms contained therein are hereby **NULL AND VOID**. Real Time Resolutions, Inc. shall withdraw its Amended Proof of Claim within ten (10) days of this Order.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.