Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17135−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Celestine
1826 Longview Court
Teaneck, NJ 07666

Theresa Celestine
1826 Longview Court
Teaneck, NJ 07666

Social Security No.:
xxx−xx−2681                                              xxx−xx−7560

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 3, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 3, 2023
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eric Celestine  
Theresa Celestine  
    Debtors

Case No. 21-17135-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 03, 2023      Form ID: 148      Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Celestine, Theresa Celestine, 1826 Longview Court, Teaneck, NJ 07666-3711 |
| 519303596 | + | American Express, 500 N Franklin Tpke, PO Box 278, Ramsey, NJ 07446-0278 |
| 519303598 | + | Bergen Neurology Consultants, 25 Rockwood Place, Englewood, NJ 07631-4959 |
| 519303606 | | CITI/CBNA, CITICORP CREDIT SERVICES; ATTN: CENTRALI, P.O. BOX 790034, KANSAS CITY, MO 64195 |
| 519303599 | + | Cach, LLC, ATTN: Credit Control, LLC, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 519303603 | + | Central Credit Services LLC, PO Box 358, Ramsey, NJ 07446-0358 |
| 519303617 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus, & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 519303618 | + | GE Capital, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519303620 | + | Irving Paltrowitz,MD, 1086 Teaneck Road Suite 4C, Teaneck, NJ 07666-4855 |
| 519303621 | + | Orange Pathology Associates, ATTN: The Law Offices of M.L. Zager P.C., 461 Broadway, P.O. Box 948, Monticello, NY 12701-0948 |
| 519303626 | + | RICKART COLLECTION SYSTEMS,INC, 575 MILLTOWN ROAD, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 519303624 | + | Raymond Meisenbacher & Sons Esq, 739 East Main Street, Bridgewater, NJ 08807-3339 |
| 519303627 | | Ridgefield Medical Assoc., 866 Teaneck Road, Teaneck, NJ 07666 |
| 519303645 | + | T-Mobile, USA, ATTN. Convergent Outsourcing, Inc., 800 SW 39th St./PO Box 9004, Renton, WA 98057-9004 |
| 519303646 | + | The Law Firm of Ryan E. Calef & Assoc., 1276 Veterans Highway, Suite E-1, Bristol, PA 19007-2597 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Nov 04 2023 00:37:00 | Capital One Auto Finance, Attn AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519303597 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2023 20:53:04 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519333064 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2023 20:53:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519357843 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 20:53:01 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519303600 | + | EDI: CAPONEAUTO.COM | Nov 04 2023 00:37:00 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519303601 | + | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST. LOUIS, MO 63179-0034 |

Case 21-17135-VFP    Doc 93    Filed 11/05/23    Entered 11/05/23 23:16:14    Desc Imaged
                          Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 148 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 519303607 | + | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519303608 | + | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519303609 | + | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | CITIBANK/SEARS, CITICORP SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST. LOUIS, MO 63179-0034 |
| 519303610 | + | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519303611 | + | EDI: WFNNB.COM | Nov 04 2023 00:37:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519303612 | + | EDI: WFNNB.COM | Nov 04 2023 00:37:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519303613 | + | EDI: WFNNB.COM | Nov 04 2023 00:37:00 | COMENITYCAPITAL/C21, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519315669 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 03 2023 20:52:00 | CSMC 2021-RPL1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519311908 | + | EDI: AISACG.COM | Nov 04 2023 00:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519315330 | + | EDI: AISACG.COM | Nov 04 2023 00:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519303604 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 03 2023 20:51:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519348877 | | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519303614 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 03 2023 21:04:25 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 519303615 | | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519309852 | + | EDI: DISCOVER.COM | Nov 04 2023 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519303616 | + | EDI: DISCOVER.COM | Nov 04 2023 00:37:00 | Discover Card, P.O Box 6103, Carol Stream, IL 60197-6103 |
| 519303619 | + | Email/Text: bankruptcy@huntington.com | Nov 03 2023 20:51:00 | HUNTINGTON NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 340996, COLUMBUS, OH 43234-0996 |
| 519303605 | | EDI: JPMORGANCHASE | Nov 04 2023 00:37:00 | CHASE CARD SERVICES, ATTN: CORRESPONDENCE/BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519303623 | | Email/Text: signed.order@pfwattorneys.com | Nov 03 2023 20:50:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519685616 | + | Email/Text: bkdepartment@rtresolutions.com | Nov 03 2023 20:51:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr., Suite 150, Dallas, TX 75247-4029 |
| 519344263 | | Email/Text: bkdepartment@rtresolutions.com | Nov 03 2023 20:51:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 148 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 519303625 | + Email/Text: bkdepartment@rtresolutions.com | Nov 03 2023 20:51:00 | Real Time Solutions, 1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029 |
| 519303628 | + Email/Text: bankruptcy@rubinrothman.com | Nov 03 2023 20:50:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519303629 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 03 2023 20:52:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519303630 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303631 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCB/HOME DESIGN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303632 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303634 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303636 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/HOWARDS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303637 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519303640 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303641 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303643 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303644 | + EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCHRONY BANK/SHOPNBC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519306881 | + Email/Text: bankruptcy@huntington.com | Nov 03 2023 20:51:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 519303647 | + Email/Text: vci.bkcy@vwcredit.com | Nov 03 2023 20:51:00 | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLSBORO, OR 97123-0003 |
| 519351963 | + EDI: AIS.COM | Nov 04 2023 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519303649 | + EDI: WFFC2 | Nov 04 2023 00:37:00 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 519303650 | EDI: WFFC2 | Nov 04 2023 00:37:00 | WELLS FARGO HOME MORTGAGE, ATTN: WRITTEN CORRESPONDENCE/BANKRUPTCY, MAC#2302-04E POB 10335, DES MOINES, IA 50306 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519303622 | | Drs. Paltrowitz, Goldfarb, Schmidt,, Micale, Attn: Pressler and Pressler |
| 519303602 | *+ | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST. LOUIS, MO 63179-0034 |
| 519303633 | *+ | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303635 | *+ | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303638 | *+ | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519303639 | *+ | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519303642 | *+ | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519303648 | *+ | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLSBORO, OR 97123-0003 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor CSMC 2021-RPL1 nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Michael J. Milstead | on behalf of Creditor CSMC 2021-RPL1 Trust bkecf@milsteadlaw.com  bkecf@milsteadlaw.com |
| Roger Fay | on behalf of Creditor CSMC 2021-RPL1 Trust rfay@alaw.net  bkecf@milsteadlaw.com |
| Russell L. Low | on behalf of Debtor Eric Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Theresa Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11