STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on November 3, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### (NEWARK DIVISION)

| In Re: | Case No.: 21-17135-VFP |
|---|---|
| Eric Celestine<br>Theresa Celestine<br><br>Debtor(s) | Chapter: 13<br><br>Judge: Vincent F. Papalia |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

### ORDER VACATING STAY AND CANCELLING REPAYMENT AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 3, 2023

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(page 2)
Debtor: Eric Celestine
      Theresa Celestine

Case Number: 21-17135-VFP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Certification of Real Time Resolutions, Inc., by and through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

    ☑    Real Property more fully described as:

1826 Longview Court, Teaneck, NJ 07666 -- the "Property".

    ☐    Personal Property more fully described as:

    It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    It is further Ordered that the Repayment Agreement between Debtor and Real Time Resolutions, Inc., approved on October 21, 2022, is hereby **CANCELLED** and the terms contained therein are hereby **NULL AND VOID**. Real Time Resolutions, Inc. shall withdraw its Amended Proof of Claim within ten (10) days of this Order.

    The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-17135-VFP

Eric Celestine Chapter 13

Theresa Celestine

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Nov 03, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Eric Celestine, Theresa Celestine, 1826 Longview Court, Teaneck, NJ 07666-3711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

**Name**     **Email Address**

Andrew M. Lubin
    on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com alubin@milsteadlaw.com

Andrew M. Lubin
    on behalf of Creditor CSMC 2021-RPL1 nj-ecfmail@mwc-law.com alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor CSMC 2021-RPL1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marisa Myers Cohen
    on behalf of Creditor The Huntington National Bank nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Michael J. Milstead

Case 21-17135-VFP    Doc 94    Filed 11/05/23    Entered 11/05/23 23:16:14    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor CSMC 2021-RPL1 Trust bkecf@milsteadlaw.com  bkecf@milsteadlaw.com |
| Roger Fay | |
| | on behalf of Creditor CSMC 2021-RPL1 Trust rfay@alaw.net  bkecf@milsteadlaw.com |
| Russell L. Low | |
| | on behalf of Debtor Eric Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | |
| | on behalf of Joint Debtor Theresa Celestine ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Steven P. Kelly | |
| | on behalf of Creditor Real Time Resolutions  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11